IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| JEROME ECHOLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:16cv611-MHT |
| | ) | (WO) |
| CORINNE T. HURST, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 7) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 6) is adopted.

(3) Plaintiff's motion for leave to proceed in forma pauperis (doc. no. 2) is denied.

(4) This lawsuit is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B), with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of November, 2016.

                                         /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**